**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>                         Plaintiff,<br><br>            v.<br><br>BUYWITHME, INC., et al.<br><br><br>                         Defendants. | C.A. No. 11-317-SLR |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Walker Digital, LLC hereby voluntarily dismisses its claims against

BuyWithMe, Inc.; Covington Partners, LLC dba Jasmere; DealOn, LLC; Gilt Groupe, Inc.;

Groupon, Inc.; Hungry Machine, Inc. dba Livingsocial.com; Juice in the City, Inc.; Tippr.com;

and Amazon.com, Inc. in this action without prejudice, with each party to bear its own attorneys

fees and costs.

June 21, 2011

Of Counsel:

Marc A. Fenster
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA  90025
(310) 826-7474
mfenster@raklaw.com

BAYARD, P.A.

 /s/ *Richard D. Kirk*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrarueman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*